CHARLES W. PARKER ET AL., APPELLEES, V. CLAUDE LOUDON,
APPELLANT.

FILED FEBRUARY 6, 1908.    No. 14,925.

Appeal: VERDICT: EVIDENCE. The verdict of a jury based upon con-
flicting evidence will not be disturbed in this court.

APPEAL from the district court for Logan county: HAN-
SON M. GRIMES, JUDGE. *Affirmed.*

*Hoagland & Hoagland,* for appellant.

*J. E. Morrison, contra.*

GOOD, C.

Plaintiffs sued to recover the contract price for pastur-
ing 61 head of cattle for the defendant for the season of
1905. The defendant answered, admitting the contract,
and alleged the delivery of a greater number of cattle to
the plaintiffs for pasturage, and that, pursuant to the
contract, he was entitled to recover the value of the cattle
not returned to him at the close of the grazing season.
Plaintiffs replied with a general denial. On a trial of the
issues a jury returned a verdict for the full amount claimed
by the plaintiffs, and defendant appeals to this court.

It is conceded that 61 head of cattle were returned or
properly accounted for by the plaintiffs. There is a hope-
less conflict of the testimony as to whether a greater num-
ber than 61 were delivered to the plaintiffs for pasturage.
There is ample evidence to sustain either contention. The
jury evidently believed the plaintiffs' evidence, and found
accordingly. The rule is well established in this jurisdic-
tion that the findings of a jury based upon conflicting evi-
dence will not be disturbed.

Defendant complains of certain instructions of the court,
but has not pointed out any rule of law that has been
violated, and examination of the instructions fails to dis-
close any error therein.

Defendant also complains of the introduction of certain evidence, particularly of the admission of an assessment roll, but the bill of exceptions does not disclose that the assessment roll is included in or attached to it. After diligent search we are unable to find this bit of evidence in the record.

No error being apparent, the judgment of the district court should be affirmed.

DUFFIE and EPPERSON, CC., concur.

By the Court: For the reasons given in the foregoing opinion, the judgment of the district court is

AFFIRMED.